IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

AVION TRAMAINE LAWSON,

    Plaintiff,

v.                                  CASE NO. 5:15-cv-76-RS-EMT

D. LEAVINS, WARDEN, et al.,

    Defendants.

_____/

## ORDER

Before me are the April 22, 2015, Magistrate Judge's Report and Recommendation (Doc. 5), and Plaintiff's Objection to Report and Recommendation (Doc. 8). Accordingly, I have reviewed the report *de novo*.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation (Doc. 5) is approved and incorporated in this Order.

2. The relief requested in Plaintiff's motion to proceed in forma pauperis (Doc. 2) is GRANTED for the limited purpose of dismissal of this case.

3. This case is **DISMISSED without preju**dice pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) as malicious.

4. The relief requested in Plaintiff's Motion for Voluntary Dismissal of Defendants (Doc. 6) is **DENIED as moot**.

5. The Clerk is directed to close this case.

**ORDERED** on May 5, 2015.

<u>/S/ Richard Smoak</u>
**RICHARD SMOAK**
**UNITED STATES DISTRICT JUDGE**